```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 35300
    DARRYL B ROBERTSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-3225

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/02/2005 and was confirmed 10/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/20/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            3601.18         .00          3601.18
CAPITAL ONE AUTO FINANCE   SECURED            5804.18       361.26         5804.18
DEUTSCHE BANK NATIONAL T   CURRENT MORTG         .00          .00              .00
CITY OF CHICAGO PARKING    UNSECURED          585.00          .00           585.00
SHAPIRO & KREISMAN         NOTICE ONLY    NOT FILED           .00              .00
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE   13357.76           .00         13357.76
TRIAD FINANCIAL CORP       FILED LATE           .00           .00              .00
CAPITAL ONE AUTO FINANCE   UNSECURED      NOT FILED           .00              .00
DANIEL J WINTER            DEBTOR ATTY     1,194.00                       1,194.00
TOM VAUGHN                 TRUSTEE                                        1,601.10
DEBTOR REFUND              REFUND                                         2,295.52

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   28,800.00

PRIORITY                                              .00
SECURED                                         22,763.12
    INTEREST                                       361.26
UNSECURED                                          585.00
ADMINISTRATIVE                                   1,194.00
TRUSTEE COMPENSATION                             1,601.10
DEBTOR REFUND                                    2,295.52
                          -------------        -------------
TOTALS                    28,800.00             28,800.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 35300 DARRYL B ROBERTSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |